# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:09-CV-52-GCM

| | |
|---|---|
| SHARON SELLERS, )<br>    Plaintiff, )<br>    )<br>v.     )<br>    )<br>H.G. REYNOLDS CO., INC., )<br>    Defendant, )<br>    Third-Party )<br>    Plaintiff, )<br>    )<br>v.     )<br>    )<br>ELECTRIC SERVICE OF SOUTH )<br>CAROLINA, LLC, )<br>    Third-Party )<br>    Defendants. ) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The Certification and Report of Attorneys' Conference in this case indicates that the parties request a status conference before entry of the scheduling order. Accordingly, the parties are directed to appear in my chambers on **Wednesday, July 22, 2009 at 10:30 a.m.**

  **IT IS SO ORDERED.**      Signed: June 30, 2009

                  Graham C. Mullen
                  United States District Judge