IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-52-GCM

| | |
|---|---|
| SHAROD SELLERS, | ) |
| Plaintiff, | ) |
| v. | ) |
| H.G. REYNOLDS CO., INC., | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| ELECTRIC SERVICE OF SOUTH CAROLINA, LLC, | ) |
| Third-Party Defendants. | ) |

THIS MATTER is before the Court on its own motion. The parties are required to attend a telephone conference on May 12, 2010 at 10:30 a.m. The parties are directed to assemble with each other via conference call and then call the Court at 704-350-7450.

SO ORDERED.

Signed: May 4, 2010

Graham C. Mullen
United States District Judge